FOURTH DEPARTMENT, AUGUST, 2012

(August 17, 2012)

■ JAMES K. HEIDT, Guardian ad Litem of SETH KELLY, an Infant under the Age of 10 years, Respondent, v ROME MEMO-

---

RIAL HOSPITAL et al., Appellants, et al., Defendant. [950 NYS2d 284]—Appeals from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered May 2, 2011. The order, inter alia, denied the motions of defendants to dismiss the complaint for failure to prosecute.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties, and filed in the Onondaga County Clerk's Office on June 8, 2012,

It is hereby ordered that said appeals are unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.